UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD FENER, Derivatively on Behalf of ARTHUR J. GALLAGHER & CO., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT E. GALLAGHER, J. PATRICK GALLAGHER, JR., BERNARD L. HENGESBAUGH, ELBERT O. HAND, ILENE S. GORDON, GARY P. COUGHLAN, T. KIMBALL BROOKER, JAMES R. WIMMER and DAVID S. JOHNSON, <br><br> Defendants, <br><br> – and – <br><br> ARTHUR J. GALLAGHER & CO., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 04C-8093 <br><br> Judge John W. Darrah |

FILED
OCT 1 1 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: October 11, 2005

LASKY & RIFKIND, LTD.
LEIGH R. LASKY
NORMAN RIFKIND (6191038)

_____
NORMAN RIFKIND

- 1 -

351 W. Hubbard, Suite 406
Chicago, IL 60610
Telephone: 312/634-0057
Facsimile: 312/634-0059

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney herein, does hereby certify that he caused a copy of the **Notice of Voluntary Dismissal** to be served via messenger on this 11th day of October, 2005 on the following:

_____
NORMAN RIFKIND

Terry M. Grimm
Stephen C. Schulte
Danielle A. R. Coffman
Katherine E. Borden
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601